Wayne H. Norman
Plaintiff (*Pro Se*)
3010 Finley
Downers Grove, Illinois 60515
whnorman@hotmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE H. NORMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | Case No. 16-cv-02907-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>Judge: Honorable Elizabeth D. Laporte<br><br>Action Filed:  May 31, 2016 |

1  TO THE HONORABLE CLERK OF THIS COURT AND ALL PARTIES:

2  PLEASE TAKE NOTICE THAT I am the Plaintiff in this matter and I voluntarily dismiss

3  this lawsuit, with prejudice.  Each side shall bear its own costs and fees.

4  Dated: 8/27/16                          By: _____

5                                                    Wayne H. Norman

6                                                    Plaintiff (*pro se*)